IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HOPE TURNBOW, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:23-CV-00235 |
| § | JUDGE MICHAEL J. TRUNCALE |
| BURLINGTON COAT FACTORY OF § | |
| TEXAS INC. d/b/a BCFOTX INC., § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Agreed Motion to Dismiss with Prejudice. [Dkt. 35]. Plaintiff desires to dismiss with prejudice all claims against Defendant in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorneys' fees and costs

It is further **ORDERED** that all pending motions not previously ruled on are hereby **DENIED AS MOOT**.

**SIGNED this 6th day of August, 2024.**

*[signature]*

Michael J. Truncale
United States District Judge